IN RE:  CASE NO. 08-51517-S

DAVID M. SMITH  CHAPTER 7

    Debtor  REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #108 in the amount of $8.44 was issued on June 23, 2010 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

    Amt. of Dividend

| | | |
|---|---|---|
| Claim #2 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 2.85 |
| Claim #8 | ECAST SETTLEMENT CORPORATION<br>ASSIGNEE OF HSBC BANK NEVADA AND ITS ASSIGNS<br>POB 35480<br>NEWARK, NJ 07193-5480 | $ .87 |
| Claim #11 | FIA Card Services, N.A.<br>Attn: Mr. BK<br>1000 Samoset Drive,DE5-023-03-03<br>Newark, DE 19713 | $ 4.72 |

TOTAL:  $ 8.44

HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

June 23, 2010

ck #108
receipt #81585